PD-1336-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/12/2015 12:00:00 AM
Accepted 10/14/2015 4:16:02 PM
ABEL ACOSTA
CLERK

**CRIMINAL APPEAL CASE NO. _____**
**4TH COURT OF APPEALS NO. 04-14-00532-CR**

FILED IN
COURT OF CRIMINAL APPEALS

SEAN LEBO

October 14, 2015

VS.

ABEL ACOSTA, CLERK

THE STATE OF TEXAS

§
§

IN THE COURT OF

CRIMINAL APPEALS

AUSTIN, TEXAS

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR WRIT OF DISCRETIONARY REVIEW**

NOW COMES APPELLANT, SEAN LEBO, and submits to this Honorable

Court his Motion for Extension of Time to File Petition for Writ of Discretionary Review,

and in support thereof would show:

1.      Appellant was convicted by a jury of the misdemeanor  offense of Harassment.

alleged to have been committed January 3, 2013.  Appellant was convicted, and sentenced to

180 days confinement.  Appellant then brought appeal.

2.      Appellant was represented at trial by retained attorney Kimbel Ward.  That attorney

withdrew at the conclusion of the trial, pursuant to the terms of her employment for trial

purposes.  The Appellant desired to appeal, but was indigent and unable to afford her services.

Undersigned attorney was then appointed to represent Appellant on direct appeal.

3.     The Honorable Court of Appeals denied the Appellant's direct appeal by a Published Opinion on August 26, 2015.

4.      The Petition for Writ of Discretionary Review was therefore due thirty (30) days later, on September 25, 2015.   Now, within fifteen (15) days of that original due date, the Appellant moves for an extension of time to file his Petition for Writ of Discretionary Review.

5.     There have been no prior Motions for Extension of time to file the Petition for Writ of Discretionary Review in this case.

6.     Appellant requests a thirty day extension of the September 25, 2015, deadline. A thirty day extension would extend the deadline to file the Petition for Writ of Discretionary Review to Monday, October 26, 2015.

7.     Although the Appellant was aware that he was not entitled to the continued appointment of counsel for the purposes of a Petition for Writ of Discretionary Review, he remained unable to employ counsel during the time after the Honorable Court of Appeals Opinion was released.

8.     Undersigned counsel has now agreed to present the Petition for the Appellant, but needs more time to prepare the Petition.

9.     This Motion is not brought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted and that the time period for filing the Petition for Writ of Discretionary Review be extended until October 26, 2015.

Respectfully Submitted,
/s/

_____
PATRICK B. MONTGOMERY
SBN 14295350
111 Soledad, Suite 300
San Antonio, TX 78205
TEL (210) 225-8940  FAX(978) 285-4664
ATTORNEY FOR APPELLANT
PatMontgomery@Gmail.com

## CERTIFICATE OF SERVICE

I, PATRICK MONTGOMERY, do hereby certify that I have filed the aforegoing Appellant's Motion for Extension of Time to File Petition for Discretionary Review with the state efiling system, and requested service upon counsel for Respondent Bexar County District Attorney's Office.

/s/

_____
PATRICK B. MONTGOMERY

**CRIMINAL APPEAL CASE NO. _____**
**4TH COURT OF APPEALS NO. 04-14-00532-CR**


| | | |
|---|---|---|
| SEAN LEBO | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |


**ORDER REGARDING APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR WRIT OF DISCRETIONARY REVIEW**


On this the _____ day of _____, 20__, came to be heard

Appellant's Motion for Extension of Time to File Petition for Writ of Discretionary

Review, and it appears to the Court that this Motion should be:


**GRANTED / DENIED**


IT IS THEREFORE ORDERED that the deadline for filing the Petition for Writ of

Discretionary Review is the _____ day of_____,20_____.


_____
JUDGE PRESIDING